Brinkema

FILED
MAILROOM
MAR 15 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN the united states District court
Eastern District of virginia
Alexandria

Action Number 1:21-cv-370-LMB/MSN

Complaint for Damages

under civil Rights ACT 42 U.S.C 1983 or Bivens
28 U.S.C 1331, 1346 (a)

FILED
MAR 25 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

I. Parties

A. Plaintiff

1. (a) Justin D. Strom (Name) (b) 800-12-083 (Inmate number)

(c) FCI Hazelton, Po Box 5000 Bruceton Mills West Virginia 26525 (Address)

B. Defendant:

1. (a) Detective William "Billy" Woolf III
(b) Sex crimes unit

(c)

Address

II. Previous LAW SUITS

A. HAve you ever begun other lawsutis in any state or federal court relating to you imprisonment? NO

Complaint for damages
(Negligence)

This court has Jurisdiction under 28 U.S.C 1331, 1346(a), 42 U.S.C 1983, The first, forth and 8th Amendments to the united states constitution, and the Federal Tort claims ACT.

The defendant detective william woolf III of the Human Trafficking task force in fairfax county VA was, an employee and officer of the United states in fairfax County VA, an agency of the USA.

constitutional claims against detective william woolf III

The actions of Detective woolf III set fourth in the memorandum prove that woolf III violated Mr strom's rights and caused harm to mr. strom and continue's to caused harm to mr. strom in violation of his constitutional rights and his right to be free from unreasonable detention under the U.S constitution and cruel and unusual Punishment.
Detective woolf III is liable to the defendant for these unlawful actions in violation of the constitution.
on the claims stated in the memorandum, the Plaintiff asks the courts to enter Judgment against defendant and to hold the defendant

liable to the plaintiff for compensatory damages, on the claims stated in the plaintiffs memorandum the plaintiff asks the court to enter Judgment and hold the defendant further liable for punitive damages.

Plaintiff demands a bench trial of his constitutional claims against woolf III.

## Memorandum

William "Billy" woolf III conducted himself inappropriately while working for the fairfax county Police and while working on the Plaintiff's criminal case which caused harm and is still causing harm to the Plaintiff.

Claim 1:

Woolf III Provided the government and courts with false information harming the Plaintiff. Information used to help obtain an arrest warrent and criminal complaint on the Plaintiff.

Information that was used to sentence the Plaintiff and is still being used to classify the Plaintiff while he is serving time in the FBoP. Information that was never Proven and that the Plaintiff was never found guilty of ~~or~~ or admitted

but was and is still being used.

A Private investigator name Vanessa Ferraro contacted Henock Ghile A co-defendant of the Plaintiff.
Ghile was asked if the information Provided by Woolf III in the Plaintiff's criminal case and Complaint was true.

The information used in the Plaintiff's PSI and criminal complaint stated, "The Plaintiff slammed "B.B's" head against the backseat of Ghile's car while Ghile was driving. B.B. was forced to ingest cocaine, raped and forced to engage in prostitution with more than 10 males."
Henock Ghile told the investigator that, that scenario was unture and never happened.
Victim B.B's testimony was used to obtain an arrest warrant. This false information was used to enhance the Plaintiff's sentence and is still being used to classify the Petitioner as "violent" while in Prison.
The false information about BB was used in the Criminal Complaint, PSR and sentencing but cannot be found in the Plaintiff's indictment, Because that information is false.
The Plaintiff was never charged with any of these false claims.

These claims that woolf III knew to be false continue to affect the Plaintiff and cause harm.
The Plaintiff has been attacked in different ways by other inmates at a number of FBOP Prison compounds and forced to go to the SHU By inmates (Special Housing unit), Because of these false claims made by woolf about B.B.

woolf III Being in law enforcement for over 25 years knew that if a defendant went to prison with these labels what would happen to the plaintiff, woolf III's actions were intentional and harmful to the Plaintiff.

Claim 2:

Detective woolf III was forced off the Police force into early retirement for misconduct with Co-workers and victims in the Plaintiff's case causing harm to the Plaintiff in many forms.

This misconduct by woolf is causing the plaintiff to be in Prison for false statments made.
This misconduct has effected Legal motions filed by the plaintiff and how they've been Ruled on.
Once woolf III did what he did every case he oversaw is tainted.
Detective woolf III's officer otah was broken by malfeasance and everything he's done up until being forced out of the Police force is tainted.

and effects me in a way that Ive lost life and liberty, Due to false claims made by woolf III and his officer misconduct.

whether to prosecute, issue a warrant, indict and convict are serious matters that are decided in large measure based on what a Police officer relates, so when an officer does not tell the whole truth, public confidence in fair administration of criminal Justice inevitably is eroded.

For example, "M.W" Mckenzie wilson was labeled by Detective woolf III as a victim in my case when she told him she was not a victim.
Miss wilson confided in her therapist about misconduct by woolf III who immediately placed a phone call to detective woolf III while driving in her car. miss wilson listened to her therapist phone call which was placed on speaker while she argued with woolf about his sexual misconduct.

The inappropriate conduct that woolf had with females involved in my case and with females in his office tainted my whole case causing me harm.

Sgt. Donald cooke of the fairfax county Police was questioned about detective woolf III's early

retirement and his response was "I cant get into details about that right now." Furthermore, during an interview Vanessa Ferraro conducted with "MW" Mckenzie wilson stated " yes, I had sexual relations with Detective woolf III."

This misconduct Caused the violation of my constitutional rights and federal laws and are not merely harmless.

The inappropriate conduct that woolf III had with females involved in my case tainted my whole case and caused me harm, by detective woolf's abuse of power which was part of a conspiracy to deny the plaintiff his Constitutional rights to due process and fair hearings. Dectective woolf III's actions are of Public concern.

The Plaintiff's arrest and sentence was based on assumptions Concerning his criminality which was untrue.

Detective woolf III's actions on the Job caused his release from the police force, His misinformation and false Information provided in the plaintiff's case of force and forced prostitution caused harm to Plaintiff.

Detective woolf III's malfeasance on the Job is an indication that any statements taken or made by him should be Looked at Closely.

Facts on and off the record will provide Clear and convincing evidence that in the absence of officer malfeasance the Plaintiff would have been cleared of any false claims of rape or force.

Relief:

Plaintiff alleges that he has and will continue to be subjected to irreparable injury for which he has no adequate remedy at law, unless this court grants him the injunctive relief sought herein, Plaintiff respectfully requests the following relief be granted:

(A) Issue a declaratory Judgment that defendant detective william "Billy" woolf III violated State law, and the United States constitution and treatys when he had inapropreate relations with co-workers and females involved in the plaintiff's case and Provided the government and courts with false information regaurding the Plaintiff acting in bad faith.

The defendant failed at performing his quasijudical function and as a matter of law is not immune from Suits for damages in this action. So I ask respectfully, That the court grant the Plaintiff the following injuntive relief;

That this court enter an order against the defendant in so doing conduct an investigation into the manner by which the Plaintiff has been denied his U.S. Constitutional rights to Due process, Equal Protection of the law and equal treatment of the law, And that the Plaintiff be awarded Damages against the defendant for the reasons set fourth in the memorandum. That the court grant compensatory damages to the Plaintiff by the defendant not the amount of $1.00 but in the amount of $250,000.00.

And that the defendant pay all fee's and expenses connected with this action on behalf of the Plaintiff.

The Plaintiff has shown that woolf III's actions caused him to be forced out of his occupation as a law enforcement officer for the fairfax county sex crimes unit. There by, The plaintiff would not have been accused of a number of false accusations used at the plaintiff's sentencing during the Plaintiff's criminal complaint and to obtain an arrest warrant for the plaintiff.

woolf III's actions infected the Plaintiff's whole case working to the Plaintiff's actual and substantial disadvantage and damege's

#35

# CERTIFICATE OF SERVICE

I, Justin Storm hereby certify that I have served a true and correct copy of the following:

Which is deemed filed at the time it was delivered to prison authorities for forwarding. Houston v. Lack, 101 L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to :

Clerk
401 Courthouse SQ
Alexandria, VA 22314

and deposited same in the United States Mail at
FCI Hazelton
P.O. Box 5000, Bruceton Mills, WV 26525

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 11 day of November, 20 20.

[signature]
Signature