FILED: May 28, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 21-6778
(1:21-cv-00370-LMB-MSN)

———————————

JUSTIN D. STROM

Plaintiff - Appellant

v.

DETECTIVE WILLIAM "BILLY" WOOLF, III

Defendant - Appellee

———————————————

RULE 42(b) MANDATE

———————————————

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*